MK Law LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Phone:       (808) 864-8896
Email:        mk@megkaulaw.com

Attorney for Defendant
WESLEY MARK SUDBURY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY MARK SUDBURY,<br><br>Defendant. | CR. NO. 10-00384-06 LEK<br><br>MEGAN K. KAU'S MOTION TO WITHDRAW AS COUNSEL FOR WESLEY MARK SUDBURY; CERTIFICATE OF SERVICE. |

MEGAN K. KAU'S MOTION TO WITHDRAW AS COUNSEL FOR WESLEY MARK SUDBURY

Counsel for Wesley Mark Sudbury, Megan K. Kau, hereby moves this Court for an order permitting her to withdraw as counsel. The withdrawal should be granted because there has been an actual breakdown in communication between counsel and Mr. Sudbury. Mr. Sudbury refuses to talk with counsel in person and wants everything in writing, presumably because he believes counsel should have filed a

reply memorandum supporting *Defendant Wesley Sudbury's Motion to Exclude Evidence Pursuant to 18 U.S.C. § 2515* and counsel chose not to do so.

This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and CrimLR 12.3. The motion is based on CrimLR 57.8 and is supported by the attached memorandum and declaration of counsel.

DATED:  Honolulu, Hawai`i; December 16, 2019.

      /s/   Megan K. Kau
MEGAN K. KAU
Attorney for Defendant
WESLEY MARK SUDBURY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESLEY MARK SUDBURY,<br><br>　　　　　Defendant. | CR. NO. 10-00384-06 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, upon filing, a true and correct copy of the foregoing will be personally served on the following at their last known addresses:

THOMAS MUEHLECK                                             via CM/ECF
MARGARET C. NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
　　　Attorney for Plaintiff
　　　United States of America


Dated: Honolulu, Hawai`i, December 16, 2019

　　　　　　　　　　　　　　　　　　　  /s/   Megan K. Kau
　　　　　　　　　　　　　　　　　　MEGAN K. KAU
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　WESLEY MARK SUDBURY